# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Quinn Contracting, Inc. ) | ASBCA No. 58787 |
| ) | |
| Under Contract No. W912EE-09-C-0029 ) | |

APPEARANCE FOR THE APPELLANT:     S. Leo Arnold, Esq.
                                  Ashley, Ashley & Arnold
                                  Dyersburg, TN

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
                                    Engineer Chief Trial Attorney
                                  John M. Breland, Esq.
                                  Daniel L. Egger, Esq.
                                    Engineer Trial Attorneys
                                    U.S. Army Engineer District, Vicksburg

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 October 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58787, Appeal of Quinn Contracting, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals